```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10
    CHARLOTTE I. LELLHAME,        )    1:02-cv-5623 DLB
11                                )
                  Plaintiff,      )    STIPULATION AND ORDER
12                                )    AWARDING EAJA ATTORNEY FEES
             v.                   )
13                                )
    JO ANNE B. BARNHART,          )
14  Commissioner of Social        )
    Security,                     )
15                                )
                  Defendant.      )
16  _____)
```

17      IT IS HEREBY STIPULATED by the parties through their

18 undersigned counsel, subject to the approval of the Court, that

19 counsel for plaintiff be awarded attorney fees under the Equal

20 Access to Justice Act in the amount of ELEVEN THOUSAND DOLLARS AND

21 NO CENTS ($11,000.00).  This amount represents compensation for

22 legal services rendered on behalf of plaintiff by plaintiff's

23 attorney in connection with this civil action for services

24 performed before the district court in accordance with 28 U.S.C. §

25 2412(d).

26      This stipulation constitutes a compromise settlement of

27 plaintiff's request for EAJA attorney fees and does not constitute

28 an admission of liability on the part of defendant under the EAJA.

1

1 | Payment in the aforementioned sum under EAJA shall constitute a
2 | complete release from and bar to any and all claims, rights,
3 | causes of action, liens or subrogated interests relating to
4 | attorneys fees incurred in this action under EAJA.
5 |     The settlement of plaintiff's claim for EAJA attorney fees
6 | does not preclude plaintiff's counsel from seeking attorney fees
7 | under 42 U.S.C. § 406 of the Social Security Act, subject to the
8 | offset provisions of the law.

```
                                    Respectfully submitted,

Dated: August 4, 2005               McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney




Dated: August 4, 2005               /s/ Harvey P. Sackett
                                    (As authorized via facsimile) for
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
```

    IT IS SO ORDERED.

    **Dated:   August 5, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2