IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLOTTE I. LELLHAME, | ) | 1:02cv5623 DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT |
| | ) | STATUS REPORT |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed this action on May 24, 2002. On June 23, 2005, the Ninth Circuit Court of Appeals reversed this Court's decision and remanded the action to the Social Security Administration for consideration of certain issues.

To assist the Court in managing its caseload, Plaintiff is ORDERED to file a status report regarding the status of the action and ultimate disposition within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

Dated:     **January 25, 2008**                         **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1