1
2
3
4
5
6
7
8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10                EASTERN DISTRICT OF CALIFORNIA

11

12   CHARLOTTE I. LELLHAME,          )      1:02cv5623 DLB
                                     )
13              Plaintiff,           )      ORDER ADMINISTRATIVELY
                                     )      CLOSING ACTION
14         vs.                       )
                                     )
15   JO ANNE BARNHART,               )
     Commissioner of Social Security, )
16                                   )
                                     )
17              Defendant.           )
                                     )
     _____)
18
19         Plaintiff filed this action on May 24, 2002.  On June 23, 2005, the Ninth Circuit Court of

20   Appeals reversed this Court's decision and remanded the action to the Social Security

     Administration for consideration of certain issues.  The Court awarded EAJA fees in August 2005.
21
           As it appears that is no reason to keep this action open, the Clerk of the Court is ORDERED
22
     TO ADMINISTRATIVELY CLOSE this case.
23
           This terminates this action in its entirety.
24
           IT IS SO ORDERED.
25
       Dated:   **February 8, 2008**              _____/s/ **Dennis L. Beck**_____
26                                                UNITED STATES MAGISTRATE JUDGE
27
28                                        1